DAKOTA NATIONAL BANK, Appellant, v. BARBER et al, Respondents.

(190 N. W. 80.)

(File No. 5130.    Opinion filed September 29, 1922.

**Mortgages—Foreclosure—Reformation of Instruments.**

Appeal from Circuit Court, Bon Homme County; HON. R. B. TRIPP, Judge.

Action by the Dakota National Bank against J. L. Barber and another. From a judgment dismissing the action on its merits and from an order denying motion for new trial, plaintiff appeals. Judgment and order affirmed.

*C. H. Dillon* and *Clark & Henderson,* all of Yankton, for Appellant.

*Wicks & Quinn,* of Scotland, and *French, Orvis & French,* of Yankton, for Respondents.

GATES, P. J. This is an action for the reformation and foreclosure of a mortgage given by one Sip to plaintiff. It is a companion case to No. 5129, Barber v. Dak. Nat. Bank, 190 N. W. 79, wherein the opinion is handed down herewith. The action was begun some time after that one, and involves the same mortgage and the same facts. The trial court dismissed this action upon its merits. Plaintiff appeals.

For the reasons stated in Barber v. Dak. Nat. Bank, supra, the judgment and order appealed from are affirmed.

Note—Reported in 190 N. W. 80. See Mortgages, 27 Cyc. 1209.